# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00548-CV

**M&M Orthodontics P.A.; Harlingen Family Dentistry; Westmoreland Dental, P.A.; Westmoreland Dental of Garland, P.C.; Westmoreland Dental & Orthodontics, P.A.; Scottie H. Nguyen, DDS; and Westmoreland Dental, P.C., LLC, Appellants**

**v.**

**Texas Health and Human Services Commission; Dr. Kyle Janek, In His Official Capacity as the Executive Commissioner of Texas Health and Human Services Commission; Carole Hurley, Chief Administrative Law Judge for the Texas Health and Human Services Commission; Judge Keith Grantham of the Appeals Division Texas Health and Human Services Commission; and Rick Gilpin, Administrative Law Judge of the Appeals Division Texas Health and Human Services Commission, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345 JUDICIAL DISTRICT NO. D-1-GN-14-001109, HONORABLE TIM SULAK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants Westmoreland Dental, P.A., Westmoreland Dental of Garland, P.C., Westmoreland Dental & Orthodontics, P.A., Scottie H. Nguyen, DDS, and Westmoreland Dental, P.C., LLC (collectively, Westmoreland) have filed an unopposed motion requesting that their appeals be dismissed. We grant the motion and dismiss Westmoreland's appeal. *See* Tex. R. App. P. 42.1(a)(1).

We further amend the style of the case, as follows, to correctly reflect the remaining parties to the appeal:

*M&M Orthodontics P.A. and Harlingen Family Dentistry, Appellants*

*v.*

*Texas Health and Human Services Commission; Dr. Kyle Janek, In His Official Capacity as the Executive Commissioner of Texas Health and Human Services Commission; Carole Hurley, Chief Administrative Law Judge for the Texas Health and Human Services Commission; Judge Keith Grantham of the Appeals Division Texas Health and Human Services Commission; and Rick Gilpin, Administrative Law Judge of the Appeals Division Texas Health and Human Services Commission, Appellees*

It is ordered this October 16, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin